In the Matter of the Accounting of MARGARET N. TAYLOR et al., as Executors of WILLIAM J. TAYLOR, Deceased, Appellants.

THERON H. SAMMIS, as Special Guardian, Appellant; W. RUSSELL OSBORN, Respondent.

(Submitted May 2, 1932; decided May 10, 1932.)

*W. Russell Osborn* for motion.

*Harry W. Mack* and *Theron H. Sammis* opposed.

Motion denied.